## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ESTATE OF SALLY COLE, by Its )
Special Administrator, Susan Cole )
Rome, )
                                )
        Plaintiff, )
                                )    C.A. No. 1:25-cv-00239-CFC
     v. )
                                )
U.S. BANK N.A. and FINANCIAL )
CREDIT INVESTMENT III TRUST )
B, )
                                )
       Defendants. )

### STIPULATION AND [PROPOSED] ORDER
### TO AMEND THE SCHEDULING ORDER

WHEREAS, the parties submitted a Scheduling Order that the Court approved on August 26, 2025 (D.I. 38);

WHEREAS, the parties stipulated to certain modifications of the schedule that the Court approved on March 31, 2026 (D.I. 71), including but not limited to (a) the parties agreed to either complete all discovery on the Bank Liability Issues[1] by June 1, 2026 or file a letter to the Court requesting an extension, (b) if the parties complete discovery on Bank Liability Issues by June 1, 2026, summary judgment briefing on

---

[1] As defined in D.I. 71 ("U.S. Bank's positions that: (i) as a securities intermediary, U.S. Bank is not a proper defendant under 18 Del. C. § 2704(b); (ii) common law principles preclude any liability for securities intermediary U.S. Bank pursuant to 18 Del. C. § 2704(b); and (iii) the National Banking Act preempts 18 Del. C. § 2704(b) as to U.S. Bank acting as a securities intermediary.").

Bank Liability Issues would proceed and be completed by July 30, 2026, (c) all discovery of U.S. Bank on non-Bank Liability Issues would be stayed until at least June 1, 2026 and if summary judgment briefing proceeds at that time, the stay would continue until the summary judgment motion is decided; and (d) fact discovery for all other parties and non-parties, would conclude by August 21, 2026;

WHEREAS, the parties stipulated that any further modifications to the schedule would be submitted to the Court by April 30, 2026;

WHEREAS, the parties have conferred and agreed to a further modification of certain dates in the Scheduling Order, including the deadlines to complete fact and expert discovery on non-Bank Liability Issues;

WHEREAS, the parties believe that good cause exists to extend certain deadlines to accommodate the scheduling and completion of expert discovery and dispositive motion briefing and to hold the pre-trial deadlines and trial date in abeyance until the resolution of the dispositive motion briefing on Bank Liability Issues;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the Scheduling Order be further amended as follows:

1.    If discovery on Bank Liability Issues is not completed by June 1, 2026, the Parties shall confer and propose any additional modifications to the Scheduling

2

Order on non-Bank Liability Issues (*e.g.*, fact discovery, expert discovery, dispositive motion briefing on the non-Bank Liability Issues and the trial date) and propose any such modifications to the Court no later than June 1, 2026.

2.    Expert Discovery:    The deadlines for the parties to complete expert discovery shall be amended as follows: (a) parties shall submit any initial expert disclosures under Fed. R. 26(a)(2) by September 25, 2026 (previously, June 9, 2026); (b) parties shall submit any rebuttal expert reports by October 9, 2026 (previously, July 14, 2026); (c) parties shall submit any reply expert reports by October 16, 2026 (previously, August 3, 2026); and (d) parties shall complete expert discovery (including depositions) by October 23, 2026 (previously, September 2, 2026).

3.    Dispositive Motion Briefing:    The deadlines for the parties to brief dispositive motions and motions objecting to expert testimony (unrelated to Bank Liability Issues) shall be amended as follows:  (a) parties shall file any dispositive or expert-related motions by November 16, 2026 (previously, October 2, 2026); (b) parties shall file any opposition to such motions by December 9, 2026 (previously, November 2, 2026); (c) parties shall file any replies in support of such motions by December 30, 2026 (previously, December 2, 2026).

4.    Pre-Trial and Trial Dates:    The deadlines for the parties to submit a Pretrial Order and Special Verdict Forms (previously, May 5, 2027), attend a Pretrial

Conference (previously, May 26, 2027), and appear for trial (previously, June 14, 2027) shall be held in abeyance until the resolution of the dispositive motion briefing on Bank Liability Issues.  Upon resolution of such motion, the parties shall submit an order proposing trial dates.

5.     All other case deadlines currently remain the same.

6.     The current schedule, and the proposed adjustments to the schedule, are summarized in the following chart:

| Event | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Discovery to be complete on Bank Liability Issues, or parties to file joint letter on outstanding issues, proposed summary judgment briefing schedule, and proposed amended schedule for non-Bank Liability Issues | June 1, 2026 | June 1, 2026 |
| U.S. Bank to file motion(s) for summary judgment on Bank Liability Issues | June 15, 2026 | June 15, 2026 |
| Plaintiff files opposition to U.S. Bank's motion(s) for summary judgment on Bank Liability Issues | July 16, 2026 | July 16, 2026 |
| U.S. Bank files reply in support of motions for summary judgment on Bank Liability Issues | July 30, 2026 | July 30, 2026 |
| Close of fact discovery for all parties and non-parties except for U.S. Bank (Non-Bank Liability Issues) | August 21, 2026 | August 21, 2026 |

| | | |
|---|---|---|
| Parties to submit opening expert reports (if any) (Non-Bank Liability Issues) | June 9, 2026 | September 25, 2026 |
| Parties to submit rebuttal expert reports (if any) (Non-Bank Liability Issues) | July 14, 2026 | October 9, 2026 |
| Parties to submit reply expert reports (if any) (Non-Bank Liability Issues) | August 3, 2026 | October 16, 2026 |
| Parties to complete expert discovery (including any depositions) (Non-Bank Liability Issues) | September 2, 2026 | October 23, 2026 |
| Parties to file any additional dispositive motions or objections to expert discovery (Non-Bank Liability Issues) | October 2, 2026 | November 16, 2026 |
| Parties to file oppositions to dispositive motions (Non-Bank Liability Issues) | November 2, 2026 | December 9, 2026 |
| Parties to file replies in support of dispositive motions (Non-Bank Liability Issues) | December 2, 2026 | December 30, 2026 |
| Pretrial Order and Special Verdict Forms Due | May 5, 2027 | TBD *(pending resolution of Bank Liability Issues)* |

| | | |
|---|---|---|
| Pretrial Conference | May 26, 2027 | TBD *(pending resolution of Bank Liability Issues)* |
| Trial | June 14, 2027 | TBD *(pending resolution of Bank Liability Issues)* |

Dated:  April 30, 2026

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

-and-

Michael J. Miller (*pro hac vice*)
Brian D. Burack (*pro hac vice*)
Duncan R. Becker (*pro hac vice*)
Benjamin J. Kampf (*pro hac vice*)
**COZEN O'CONNOR**
1650 Market Street, Suite 2800
Philadelphia, PA 19103

*Attorneys for Plaintiff, the Estate of Arlene Sears*

**SHAW KELLER LLP**

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
Lindsey M. Gellar (No. 7202)
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

Of Counsel:
Matthew A. Martel
Joseph Sconyers
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110

*Attorneys for Defendant, U.S. Bank N.A.,*

-and-

6

POTTER ANDERSON & CORROON LLP

/s/ P. Andrew Smith
Jesse L. Noa (#5973)
P. Andrew Smith (#7117)
Hercules Plaza – 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
jnoa@potteranderson.com
asmith@potteranderson.com

OF COUNSEL:
Steven M. Pesner (*pro hac vice*)
Jamuna D. Kelley (*pro hac vice*)
Bonnie M. Baker (*pro hac vice*)
Lindsay Funk (*pro hac vice*)
FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP
7 Times Square
New York, NY 10036-6516

*Attorneys for Defendant Financial
Credit Investment III Trust B*

SO ORDERED THIS ___1st___ day of ___May___, 2026.

_____
The Honorable Chief Judge Colm F. Connolly

7