**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ESTATE OF SALLY COLE, by Its
Special Administrator, Susan Cole Rome,

              Plaintiff,

       v.

U.S. BANK NATIONAL ASSOCIATION,
and FINANCIAL CREDIT INVESTMENT
III TRUST B,

              Defendants.

No.  25-cv-00239-CFC

**NOTICE OF CHANGE OF FIRM NAME**

To:    The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Walden Macht Haran & Williams LLP has changed its name to Walden Haran Williams LLP.  The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice that updated email addresses will include the new domain "whwllp.com," replacing "wmhwlaw.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Respectfully submitted,
WALDEN HARAN WILLIAMS LLP

By: */s/ Daniel R.  Miller*
   Daniel R. Miller (#3169)
   800 N. King Street, Ste. 303
   Wilmington, DE 19801
   (302) 504-1568
   dmiller@whwllp.com

Dated:  June 25, 2026

*Attorneys for Plaintiff Estate of Sally Cole by Its Special Administrator Susan Cole Rome*

2