COZEN O'CONNOR

**Kaan Ekiner**
Direct Phone 302-295-2046
Direct Fax 302-250-4356
kekiner@cozen.com

November 10, 2026

**VIA CM/ECF**

Chief Judge Colm F. Connolly
United States District Court
for the District of Delaware
844 N. King Street, Unit 31
Wilmington, DE 19801

**Re: *Estate of Sally Cole v. U.S. Bank, N.A. and Financial Credit Investment III Trust B*, C.A. No. 1:25-cv-00239-CFC**
**Agreement to Resolve Litigation**

Dear Chief Judge Connolly:

We write to advise the Court that the parties have reached an agreement to resolve the above-captioned litigation. The parties are exchanging drafts of the proposed written settlement agreement and anticipate finalizing the agreement shortly.

We wanted to provide notice to the Court of this agreement in *Cole* in advance of the Court's upcoming oral argument scheduled for November 17, 2026, on U.S. Bank's Motions for Summary Judgment in *Cole* (D.I. 99-100), as well as *Estate of Sears v. U.S. Bank et al.*, No. 24-cv-914-CFC and *Estate of Mastroianni v. U.S. Bank*, No. 24-cv-1040-CFC. In light of the anticipated finalization of the written agreement, oral argument will not be necessary in *Cole*. There is no impact on oral argument in *Sears* and *Mastroianni*.

We thank the Court for its attention and are happy to address any questions the Court may have.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Kaan Ekiner*

Kaan Ekiner (#5607)

cc: All counsel via ECF